# IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~NORTHERN~~ ~~DISTRICT~~ OF ALABAMA
MIDDLE

2018 OCT 19  A 11: 04    2:18-cv-896-WHA

DEBRA P. HACKETT. CLK
~~U.S. DISTRICT COURT~~
MIDDLE DISTRICT AL

Inmate Identification Number:

Christopher DeShawn Montague #275888

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

(Enter above the full name(s) of the plaintiff(s)
in this action)

**vs.**

Officer J. Mitchell

Officer J. McClain

(individually and in their official capacities)

(Enter above full name(s) of the defendant(s)
in this action)

## I.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )          No ( X )

B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):              N/A

Defendant(s):

2.    Court (if Federal Court, name the district; if State Court, name the county)

_____ N/A _____

3.    Docket number _____ N/A _____

4.    Name of judge to whom case was assigned _____ N/A _____

_____

5.    Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?) _____

_____

6.    Approximate date of filing lawsuit _____ N/A _____

_____

7.    Approximate date of disposition _____ N/A _____

II.   Place of present confinement   Elmore Corr. Fac  3520 Marion Spillway RD
                                      Elmore, Al 36025/

A.    Is there a prisoner grievance procedure in this institution?
      Yes  (    )            No    ( X )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes  ( X )            No    (    )

C.    If your answer is YES:

      1.    What steps did you take?  I filled out a Request slip to the
      warden as soon as it happend

      2.    What was the result? No answer and I was transferred the
      next Day

D.    If your answer is NO, explain why not? _____

_____

_____

_____

2

III.   **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s) _Christopher Deshawn Montague_

Address _Elmore Corr. fac 3520 Marion spillway RD_
_Elmore, Al 36025_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant _Officer J. Mitchell_

is employed as _Staten Corr. facility_

at _2690 Marion Spillway RD., Elmore, Al 36025_

C.   Additional Defendants _officer J. McClain_
_Staten Corr. Facility_
_2690 Marion Spillway RD._
_Elmore, Al 36025_

IV.   **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

1.) on 8-23-18 at staten corr facility at approx 8:30 p.m
I was "assaulted" punched and "kicked" by officers'
J. Mitchell and J. McClain

2.) officers' claim I was moving during their institutional

3

court but I recieve no disciplinary, citation or reprimand for no such act.

3.) Both officer McClain and Mitchell tackled me on camera "in B-Dorm"

4.) Both officers' took turns punching me in my face, both my eyes, my ears and once I put myself in a →
cont.

## V.   RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$75,000 Compensatory Damages

$75,000 Punitive Damages

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9th 2018

Christopher Montagre 275888
Signature(s)

4



4.) fetel position officer McCain began to kick me in my head, ribs, back and legs while officer Mitchell looked out.

5.) Once officer McCain had finished officer Mitchell came over and kicked me in my head, ribs, back and legs while officer McCain looked out.

6. After the incident I asked both officers' to take me to Medical and they told me to go clean to blood off of me and stay on my bunk and if I say anything they'll kill me next time.

7.) After shift had changed and both officers' left I called Institutional Investigation and left a detailed message but they never came to see me.

8.) Capt. Howard was somehow made aware of the situation and I was then taken to Medical, given a body chart of my injuries and the Capt. and several other officers' took picures of my injuries to both my eyes, my face, head, back and ribs also my legs.

9.) I was told to write a statement and give to Capt. Howard at which I did.

10.) I also wrote a request slip to the Warden, since facility has no grievance system in place

11) less then 24 hrs. after incident I was transfered to Elmore corr. fac, where I have been given then run arauns about the name of officials who took the photo of injuries

12.) At all times officer J. McClain and officer J. Mitchell acted under the color of law "State law"

Christopher Montague-275888
Elmore C.F.
3520 Marion Spillway Rd
Elmore Al. 36025



U.S. POSTAGE PAID
FCM LG ENV
HUNTSVILLE, AL
35810
OCT 17 18
AMOUNT
**$3.10**
R2305E125524-17

1028     36104

Ms. Debra Hackett
Clerk of the Court: U.S.D.C
~~Post Office~~ 1Church St.
Montgomery,Al. 36104