IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DESHAWN MONTAGUE, #275 888,  Plaintiff, | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 2:18-CV-896-WHA<br>) [WO] |
| OFFICER J. MITCHELL, *et al.*,  Defendants. | )<br>)<br>) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered March 12, 2019. Doc. 26. There being no timely objection filed to the Recommendation, and based on an independent and *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

Done, this 4th day of April 2019.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE